UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AFI HOLDINGS OF ILLINOIS, LLC,

    Plaintiff,

v.                                  Case No: 2:17-cv-491-FtM-99CM

WATERMAN BROADCASTING,
GRAHAM HUNTER, LISA
SPOONER, PETER BUSCH and
JOSEPH DORN,

    Defendants.

## ORDER

Before the Court is Plaintiff AFI Holdings of Illinois, LLC's Show Cause Response with Respect to Defendants Joseph Dorn, M.D. and Graham Hunter and Motion for Expansion of Time to Serve Graham Hunter filed on April 23, 2018. Doc. 31. After the Court issued an Order to show cause why the case should not be dismissed as to Mr. Hunter and Dr. Dorn for failure to prosecute, Plaintiff filed an executed waiver of service completed by Dr. Dorn on February 14, 2018. Doc. 31 at 2-3; Doc. 26. Dr. Dorn has since appeared in the case and filed a motion to dismiss. Doc. 27.

Because Plaintiff has made efforts to serve Mr. Hunter, the Court finds good cause to extend the time to serve him. *See* Fed. R. Civ. P. 4(m). Failure to complete service by the extended deadline or to request an extension of time to do so will result in the Court recommending dismissal of this action as to Mr. Hunter.

ACCORDINGLY, it is

**ORDERED:**

Plaintiff AFI Holdings of Illinois, LLC's Show Cause Response with Respect to Defendants Joseph Dorn, M.D. and Graham Hunter and Motion for Expansion of Time to Serve Graham Hunter (Doc. 31) is **GRANTED**. Plaintiff shall have up to and including **May 7, 2018** to complete service on Mr. Hunter.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of April, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record